UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00568-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN MANUEL SOTO, a/k/a, Javier Lopez, a/k/a Juan Medina Soto, a/k/a Manuel Juan Perez, a/k/a Noel Juan Mendoza,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Thursday, December 30, 2010,** and responses to these motions shall be filed by **Thursday, January 13, 2011.**  It is

FURTHER ORDERED that a hearing on all pending motions, if necessary, will be set at a later date.  It is

FURTHER ORDERED that a 4-day jury trial is set for **Tuesday, January 18, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated: November 15, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge