UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00568-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JUAN MANUEL SOTO, a/k/a, Javier Lopez, a/k/a Juan Medina Soto, a/k/a Manuel Juan Perez, a/k/a Noel Juan Mendoza,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      On January 4, 2011, Defendant filed two motions to suppress evidence (ECF Nos. 13 and 14).  Accordingly, the parties are ordered to contact my chambers at 303-844-2170 not later than **January 12, 2011** in order to set a response date and an evidentiary hearing on these motions.

      Dated:  January 7, 2011