UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00568-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JUAN MANUEL SOTO, a/k/a, Javier Lopez, a/k/a Juan Medina Soto, a/k/a Manuel Juan Perez, a/k/a Noel Juan Mendoza,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In light of the parties' representation that they are engaged in plea negotiations, the Government's deadline to respond to Defendant's motions to suppress is extended to **Friday, February 25, 2011**.

    Dated:  February 11, 2011