UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00568-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JUAN MANUEL SOTO, a/k/a, Javier Lopez, a/k/a Juan Medina Soto, a/k/a Manuel Juan Perez, a/k/a Noel Juan Mendoza,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on February 24, 2011. Accordingly, both the hearing on Defendant's motion to suppress set for March 22, 2011 and all filing deadlines related to said motion are **VACATED.**  A Change of Plea hearing is set for **Thursday, March 31, 2011 at 11:00 a.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  March 1, 2011