UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00568-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN MANUEL SOTO, a/k/a, Javier Lopez, a/k/a Juan Medina Soto, a/k/a Manuel Juan Perez, a/k/a Noel Juan Mendoza,

    Defendant.

## ORDER

THIS MATTER comes before the court on the Defendant's Unopposed Petition to Disclose Transcripts of Grand Jury Proceedings (ECF No. 32).

HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Defendant's motion is granted, and that Grand Jury materials as described in the motion may be disclosed to Defendant and his attorney in the course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such materials are to be disclosed only to Defendant and his attorney; and that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same.

Dated: August 17, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge